UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZENA DOBRYAKOV,

                              Plaintiff,                    22-CV-1390 (NSR)

         -v.-                                              **STIPULATION**

BRICKHOUSE FOOD LLC,
and NERTILA KAJA a/k/a
JOHN KAJA, Individually

                              Defendants.
-------------------------------------------------------------X


         IT IS HEREBY STIPULATED by the attorneys for the plaintiff and the individual

defendant Nerila Kaja a/k/a John Kaja in the above-captioned action that the time for the

individual defendant, Nertila Kaja a/k/a John Kaja to answer the complaint in this action

(but not to otherwise move), other than to contest service, is extended to and including

June 15, 2022

Dated:  New York, New York
         April 22, 2022

Arthur H. Forman                          DEREK SMITH LAW GROUP, PLLC
98-20 Metropolitan Avenue
Forest Hills, NY 11375                    By: _____ /S/ _____
(718) 268-2616                               Seamus Barrett
                                             One Penn Plaza, Suite 4905
Attorney for Nertila Kaja                    New York, NY 10119
                                             (212) 587-0760

                                          *Attorneys for Plaintiff*


                                          *SO ORDERED:*


                                          _____
                                          *U.S.D.J*