```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZENA DOBRYAKOV,

                Plaintiff,

        -v.-

BRICKHOUSE FOOD LLC,
and NERTILA KAJA a/k/a
JOHN KAJA, Individually

                Defendants.
------------------------------------------------------------X

22-CV-1390 (NSR)

**STIPULATION**

IT IS HEREBY STIPULATED by the attorneys for the plaintiff and the individual defendant Nerila Kaja a/k/a John Kaja in the above-captioned action that the time for the individual defendant, Nertila Kaja a/k/a John Kaja to answer the complaint in this action (but not to otherwise move), other than to contest service, is extended to and including June 15, 2022.

Dated: New York, New York
       April 22, 2022

_/s/ Arthur H. Forman_
Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, NY 11375
(718) 268-2616

Attorney for Nertila Kaja

DEREK SMITH LAW GROUP, PLLC

By: _/s/ Seamus Barrett_
Seamus Barrett
One Penn Plaza, Suite 4905
New York, NY 10119
(212) 587-0760

*Attorneys for Plaintiff*

Dated: April 25, 2022
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge