

October 3, 2022

**VIA ECF**

ATTN: Hon. Nelson S. Román
United States Courthouse
300 Quarropas Street
Courtroom 218
New York, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/04/22
```

      Re:        Re:    *Zena Dobryakov v. Brickhouse Food LLC, et al*
                            Docket No. 7:22-cv-01390-NSR;

Letter Motion for Extension of Time

Dear Judge Román:

    I am counsel for the plaintiff, Zena Dobryakov, in the above referenced matter and I am writing pursuant to Your Honor's Individual Rule 1. E. to respectfully request an extension of four days from, today October 3, 2022 to this Friday October 7, 2022 (with corresponding 4-day extensions to the other deadlines in the briefing schedule) to serve Plaintiff's motion papers as directed in Your Honor's order reflected in Docket Entry #21 of this matter.

    The reason for this request is that as of last night Plaintiff's counsel has come down with a severe sore throat and cough that will prevent me from finalizing and serving the motion papers, including hand delivery of courtesy copies to the Court. This is the second request for the extension of this deadline. The previous request, which allowed the parties to discuss potentially

**MEMO ENDORSED**

NYC Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com

avoiding this motion practice (obviously to no avail), was granted by Your Honor. The appearing Defendant, Mr. Kaja consents to this request.

Plaintiff thanks the Court for its time and attention to this matter.

*Respectfully submitted,*

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Claimant*

Seamus P. Barrett, Esq.

CC to all counsel of record via ECF

**The Court GRANTS the application and extends the briefing deadlines as follows**:

- **Plaintiff's moving papers are to be served (not filed) on October 7, 2022;**
- **Defendant Kaja's opposition papers are to be served (not filed) on December 6, 2022; and**
- **Plaintiff's reply papers are to be served on January 9, 2023.**

**All motion papers are to be filed by the parties on the reply date, January 9. 2023. The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on opposing counsel. The parties are further directed to provide the Court with an electronic courtesy copy of the motion papers as they are served per this Court's local emergency civil rules. The Clerk of the Court is directed to terminate the motion at ECF No. 22.**

Dated: October 4, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2