UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

Rev. May 2014

-----------------------------------------------------------X

ZENA DOBRYAKOV

                         Plaintiff(s),

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

- against -

BRICK HOUSE FOOD LLC and  
NERTILA KAJA a/k/a  
JOHN KAJA      Defendant(s).

22 CV 1390 (NSR)

-----------------------------------------------------------X

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [~~consent~~] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is ~~not~~] to be tried to a jury.

3. Joinder of additional parties must be accomplished by Sept. 16, 2024.

4. Amended pleadings may be filed until 2/16/24 (Okt. 29) Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than Oct. 16, 2024 and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall ~~not~~] apply to this case.

6. First request for production of documents, if any, shall be served no later than Oct. 16, 2024

7. Non-expert depositions shall be completed by ~~N/A~~ Feb. 15, 2025

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than  Dec. 16, 2024.

9. Requests to Admit, if any, shall be served no later than Dec. 16, 2024.

10. Expert reports shall be served no later than  N/A .

11. Rebuttal expert reports shall be served no later than  N/A .

12. Expert depositions shall be completed by  N/A .

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY**  March 16, 2025

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon.  Judith C. McCarthy

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.
Dated:
White Plains, New York

                                                                   Nelson S. Román, U.S. District Judge