# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

Zena Dobryakov,

        Plaintiff,

v.   22-CV-1390 (NSR)

Brickhouse Food LLC., et al.,

        Defendants,

## NOTICE OF APPEARANCE

PLEASE BE ADVISED, I, Edward McCain III Esq., of Derek Smith Law Group, PLLC, hereby enter my appearance on behalf of Plaintiff, Zena Dobrykov, in the above referenced matter.

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Edward McCain III Esq*
Edward McCain III, Esq.
Attorney for Plaintiff
One Penn Plaza, Suite 4905
New York, NY 10119
T: 212-587-0760
Email: Edward @dereksmithlaw.com

Date: August 21, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            :
Zena Dobryakov,                             :
                Plaintiff,   :
   v.                                       : 22-CV-1390 (NSR)
Brickhouse Food LLC., et al.,               :
                                            :
                                            :
              Defendants,  :
_____

## CERTIFICATE OF SERVICE

I, Edward McCain III, hereby certify that a true and correct copy of the foregoing *Notice and Appearance*, was/were sent to the following via first class mail and/or electronic email on the following date:

**HON. Judith C. McCarthy**
Arthur Harvey Forman , Esquire
Attorney for Defendants
ahf@ahforman.com


                                              */s/ Edward McCain III*
                                              Edward McCain III
                                              DEREK SMITH LAW GROUP
                                              *Attorney for Plaintiff*

Date: August 21, 2024