UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DOBRYKOV,

                  Plaintiff(s),                            **ORDER**

    - against -                            22 Civ. 1390 (NSR)

BRICKHOUSE FOOD LLC, et al.,

                  Defendant(s).

---------------------------------------------------------------X

Nelson S. Román, U.S.D.J.:

       Due to the passage of the dates in the Parties' proposed Case Management Plan at ECF No. 32, the Parties are directed to submit a revised Case Management Plan (blank form attached) to the Court by April 7, 2025. Meanwhile, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes.

Dated:     White Plains, New York
             March 31, 2025

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x

                                           Plaintiff(s),

- against -

                                           Defendant(s).

-------------------------------------------------------------x

Rev. Jan. 2012

**REVISED**  
**CIVIL CASE DISCOVERY PLAN**  
**AND SCHEDULING ORDER**

_____ CV _____ (NSR)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

1.  Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY _____.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated:   White Plains, New York
         _____

                                                    _____
                                                    Nelson S. Román, U.S. District Judge