UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DOBRYKOV,

                    Plaintiff(s),

          - against -

BRICKHOUSE FOOD LLC, et al.,

                    Defendant(s).
-------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

22 cv 1390 (NSR)(JCM)

The above-entitled action is referred to the Honorable Judith C. McCarthy, United States
Magistrate Judge, for the following purpose(s):

___X___GENERAL PRE-TRIAL (includes
  scheduling, discovery, non-dispositive pre-
  trial motions and settlement)

_____GENERAL PRE-TRIAL & DISPOSITIVE
  MOTION (all purposes except trial)

_____DISPOSITIVE MOTION (i.e., a motion
  requiring a Report & Recommendation)
  _____

_____SPECIFIC NON-DISPOSITIVE MOTION /
  DISPUTE (including discovery dispute) *
  _____

_____JURY SELECTION

_____HABEAS CORPUS

_____INQUEST AFTER DEFAULT /
  DAMAGES HEARING

_____SOCIAL SECURITY

_____SETTLEMENT

_____CONSENT UNDER 28 U.S.C. 636(C)
  FOR ALL PURPOSES (including trial)

_____CONSENT UNDER 28 U.S.C. 636(C)
  FOR LIMITED PURPOSE OF
  _____

Dated:  White Plains, New York
   March 31, 2025

SO ORDERED:

_____
NELSON S. ROMÁN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/31/2025____

* Do not check if already referred for General Pre-Trial.      Rev. 9/10